UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL AZZARA, | : | CIVIL ACTION NO. 4:CV-11-1363 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| R. MARTINEZ, | : | |
| Respondent | : | |

### ORDER

**AND NOW, THIS 23rd DAY OF MAY, 2014**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DENIED**.

2. The Clerk of Courts is directed to **CLOSE** this case.

*/s/ William Nealon*
**United States District Judge**

FILED
SCRANTON

MAY 2 3 2014

PER _____
DEPUTY CLERK